**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Zeb ARTIS, Defendant–Appellant.**

**No. 12–6713.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Zeb Artis, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zeb Artis appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Artis,* No. 3:06–cr–00304–HEH–1 (E.D.Va. Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*